10 A.3d 902

**Carol HAAS, Petitioner**

v.

**Tina M. HOSGOOD, Respondent.**

**No. 149 EM 2010.**

Supreme Court of Pennsylvania.

Dec. 30, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of December, 2010, the Petition for Extension of Time to File a Petition for Allowance of Appeal and the Petition for Permission to Respond are **DENIED.**